UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICA DENSON,

      Plaintiff,

vs.                                     CASE NO. 3:06-cv-1004-J-33HTS

HSBC AUTO FINANCE, INC.,
etc., and SEARCH
INTERNATIONAL, INC.,

      Defendants.

### O R D E R

A review of the record in this case reveals that the parties are having significant difficulties in reaching agreement concerning the case management report.

Accordingly, it is **ORDERED**:

This matter is set for a hearing to facilitate the finalization of the case management report on **Thursday, May 3, 2007**, at **10:15 a.m.,** before Howard T. Snyder, United States Magistrate Judge, in Courtroom No. 5A, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.  Prior to this hearing, the parties shall meet[1] and determine those areas on which a consensus can be reached.  The parties shall then, by no later than 5:00 p.m. on Monday, April 30, 2007, file with the Court

---

[1] The meeting may be conducted either in person or telephonically.

a proposed case management report, indicating for each item whether an accord has been reached or a dispute still remains.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of April, 2007.

/s/    Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any