```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

ERICA DENSON,

    Plaintiff,

vs.                                    CASE NO. 3:06-cv-1004-J-33HTS

HSBC AUTO FINANCE, INC.,
etc., and SEARCH
INTERNATIONAL, INC.,

    Defendants.

_____

## **O R D E R**

In light of the Joint Case Management Report (Doc. #22), filed on April 26, 2007, in which the parties give no indication any dispute remains requiring discussion at a hearing, the status conference set for **Tuesday, May 8, 2007,** at **10:15 a.m.,** is hereby **CANCELLED**. However, if the Court has misperceived the situation, it is of course willing to entertain a motion requesting that such a conference be held.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of May, 2007.

                                              /s/       Howard T. Snyder
                                              HOWARD T. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any